1 | William D. Holm, Bar #007412
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7804
wholm@jshfirm.com

Attorneys for Defendants Riley & Brian Palmer; Tamara & Joseph Ochoa; Steffani Brown; and South Hill Design Corp.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Origami Owl, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Riley Palmer and Brian Palmer, wife and husband; Tamara Ochoa and Joseph Ochoa, wife and husband; Steffani Brown and Marty Brown, wife and husband; South Hill Design Corp., an Arizona Corporation,<br><br>Defendants. | NO. 2:12-cv-02290-SMM<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have settled their claims in the above-entitled action. A stipulation to dismiss with prejudice will be executed and submitted for filing within the next thirty (30) days.

DATED this 28th day of August, 2014.

JONES, SKELTON & HOCHULI, P.L.C.


By s/William D. Holm
   William D. Holm
   2901 North Central Avenue, Suite 800
   Phoenix, Arizona 85012
   Attorneys for Defendants Riley & Brian Palmer; Tamara & Joseph Ochoa; Steffani Brown; and South Hill Design Corp.

3819941.1

| | |
|---|---|
| 1 | ORIGINAL electronically filed this 28th day of August, 2014. |
| 2 | |
| 3 | COPY e-mailed this 28th day of August, 2014, to: |
| 4 | E. Jeffrey Walsh |
| 5 | Frank G. Long<br>Peter W. Sorensen |
| 6 | Katherine V. Brown<br>Greenberg Traurig, LLP |
| 7 | 2375 East Camelback Road, Suite 700<br>Phoenix, Arizona  85016-9000 |
| 8 | Attorney for Plaintiff |
| 9 | s/Kadie G. Lewis |

3819941.1                                        2