1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

| | | |
|---|---|---|
| 9 | Origami Owl, LLC, | ) | No. CV-12-2290-PHX-SMM |
| 10 | Plaintiff, | ) |
| 11 | v. | ) | **ORDER** |
| 12 | Riley Palmer et al., | ) |
| 13 | Defendants. | ) |
| 14 | | ) |

15      Before the Court is the parties' Notice of Settlement. (Doc. 124.)

16      Accordingly,

17      **IT IS HEREBY ORDERED** that no later than **Friday, October 3, 2014,** the parties

18  shall submit their Stipulation of Dismissal. Failure to so file may result in dismissal of

19  Plaintiff's claims against Defendants.

20      **IT IS FURTHER ORDERED** setting a telephonic status conference for **Wednesday,**

21  **October 15, 2014, at 2:30 p.m.** in Courtroom 401, 401 West Washington Street, Phoenix,

22  AZ before Senior Judge Stephen M. McNamee. The parties are directed to conference on

23  one single and clear telephone line prior to calling Judge McNamee's chambers at 602-322-

24  7555 five (5) minutes before the start of the proceeding. The status conference shall be

25  vacated upon the filing of an appropriate Stipulation of Dismissal.

26      DATED this 29th day of August, 2014.

27

28

Stephen M. McNamee
Senior United States District Judge