William D. Holm, Bar #007412
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7804
wholm@jshfirm.com

Attorneys for Defendants Riley & Brian Palmer; Tamara & Joseph Ochoa; Steffani Brown; and South Hill Design Corp.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Origami Owl, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Riley Palmer and Brian Palmer, wife and husband; Tamara Ochoa and Joseph Ochoa, wife and husband; Steffani Brown and Marty Brown, wife and husband; South Hill Design Corp., an Arizona Corporation, <br><br> Defendants. | NO. 2:12-cv-02290-SMM <br><br> **STIPULATION TO DISMISS** |

The parties, by and through counsel undersigned, hereby stipulate and agree that the above-entitled cause of action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 30th day of September, 2014.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ William D. Holm
William D. Holm
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendants Riley & Brian Palmer; Tamara & Joseph Ochoa; Steffani Brown; and South Hill Design Corp.

3851852.1

|   |   |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| 3 | By <u>s/E. Jeffrey Walsh – W/Permission</u> |
|   | E. Jeffrey Walsh |
| 4 | Frank G. Long |
|   | Peter W. Sorensen |
| 5 | Katherine V. Brown |
|   | Greenberg Traurig, LLP |
| 6 | Attorneys for Plaintiff |

**Certificate of Service**

I hereby certify that on the date stated above, a copy of the foregoing has been transmitted electronically to the CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

E. Jeffrey Walsh
Frank G. Long
Peter W. Sorensen
Katherine V. Brown
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona  85016-9000
Attorneys for Plaintiff

By  <u>/s/ Vicki Jones</u>

3851852.1

2