# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Origami Owl LLC, | No. CV-12-02290-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Riley Palmer, et al., | |
| Defendants. | |

Before the Court is the parties' proper Stipulation to Dismiss. (Doc. 126.) Good cause appearing,

Accordingly,

**IT IS HEREBY ORDERED dismissing** Plaintiff's claims against Defendant with prejudice (Doc. 126), each party to bear its own costs and attorney fees. The Clerk of the Court is instructed to terminate the instant action.

**IT IS FURTHER ORDERED vacating** the status conference previously scheduled for **Wednesday, October 15, 2014, at 2:30 p.m.**

DATED this 14th day of October, 2014.

Stephen M. McNamee
Senior United States District Judge